# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

RANDOLPH DEXTER,

     Petitioner,

v.                                      CASE NO.  5:07cv231-RH/MD

FLORIDA PAROLE COMMISSION,

     Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 18), to which no objections have been filed.  Upon consideration,

     IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk must enter judgment stating, "The amended petition is DENIED with prejudice."  The clerk must close the file.

     SO ORDERED on November 17, 2008.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge